1   ALLAN E. ANDERSON (SBN 133672)
    allan.anderson@arentfox.com
2   ELIZABETH H. COHEN
    Elizabeth.cohen@arentfox.com
3   JAKE GILBERT (SBN 293419)
    jake.gilbert@arentfox.com
4   **ARENT FOX LLP**
    555 West Fifth Street, 48th Floor
5   Los Angeles, California 90013-1065
    Telephone:   213.629.7400
6   Facsimile:   213.629.7401

7   Attorneys for Defendant
    WALMART, INC.

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

| | |
|---|---|
| JOHN P. ATANASIO, an individual, | Case No.  3:20-cv-05853-JSC |
| Plaintiff, | **DEFNDANT WALMART, INC.'S ANSWER TO PLAINTIFF JOHN P. ATANASIO'S COMPLAINT** |
| v. | |
| WALMART, INC., a Delaware Company, and DOES 1 through 50, inclusive, | Complaint Filed:   August 19, 2020 |
| Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO.  3:20-CV-05853-JSC

DEFNDANT WALMART, INC.'S ANSWER
TO PLAINTIFF JOHN P. ATANASIO'S
COMPLAINT

Defendant WALMART, INC. ("Walmart") through its undersigned attorney, hereby

answers Plaintiff JOHN P. ATANASIO ("Plaintiff")'s Complaint as follows:

## JURISDICTION AND VENUE

1.  The allegations of paragraph 1 of the Complaint consist of legal conclusions to which no response is necessary. To the extent a response is required, Walmart admits that Plaintiff appears to rely on 28 U.S.C. §§1331 and 1338(a) to establish original jurisdiction in this matter and appears to premise his claims under the Lanham Act of 1946. Walmart denies the remaining allegations of Paragraph 1.

2.  The allegations of paragraph 2 of the Complaint consist of legal conclusions to which no response is necessary. To the extent a response is required, Walmart admits that Plaintiff appears to rely on 28 U.S.C. §1397(a) to establish supplemental jurisdiction over this matter. Walmart denies the remaining allegations of Paragraph 2.

3.  The allegations of paragraph 3 of the Complaint consist of legal conclusions to which no response is necessary. Walmart denies the remaining allegations of Paragraph 3.

4.  The allegations of paragraph 4 of the Complaint consist of legal conclusions to which no response is necessary. To the extent a response is required, Walmart denies the allegations of paragraph 4, but does not contest venue solely with respect to it, to this action.

## PARTIES

5.  Walmart lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 5, and therefore denies the allegations.

6.  Walmart admits that it is a corporation duly organized and existing under the laws of Delaware. Walmart denies the remaining allegations of Paragraph 6.

## GENERAL ALLEGATIONS

7.  Walmart lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 7, and therefore denies the allegations.

8.  Walmart lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 8, and therefore denies the allegations.

9.  Walmart lacks knowledge or information sufficient to form a belief about the truth of the

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO.  3:20-CV-05853-JSC          - 2 -          DEFNDANT WALMART, INC.'S ANSWER
TO PLAINTIFF JOHN P. ATANASIO'S
COMPLAINT

allegations in paragraph 9, and therefore denies the allegations.

10. Walmart lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 10, and therefore denies the allegations.

11. The allegations of paragraph 11 of the Complaint consist of legal conclusions to which no response is necessary. Walmart lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 11, and therefore denies the allegations.

12. Walmart lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 12, and therefore denies the allegations.

13. Walmart lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 13, and therefore denies the allegations.

14. Walmart lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 14, and therefore denies the allegations.

**Defendants' Infringement of Tattoo Tequila's Trademark**

15. Walmart denies the allegations of paragraph 15 of the Complaint to the extent they claim that Walmart has committed any unlawful act and as to the allegations that any bottles were prominently featured. With respect to the remaining allegations of paragraph 15 of the Complaint, Walmart lacks knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies the same.

16. Walmart admits to having more than 32 million followers on its Facebook page. Walmart lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 16, and therefore denies the allegation.

17. Walmart denies the allegations of paragraph 17 of the Complaint to the extent they claim that Walmart has committed any unlawful act and as to the allegations that any bottles were prominently featured. With respect to the remaining allegations of paragraph 17 of the Complaint, the alleged identified images and alleged rollover pop up messages stand for themselves.

18. Walmart denies the allegations of paragraph 18 of the Complaint to the extent they claim

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO.  3:20-CV-05853-JSC                    - 3 -                    DEFNDANT WALMART, INC.'S ANSWER
TO PLAINTIFF JOHN P. ATANASIO'S
COMPLAINT

1   that Walmart has committed any unlawful act and as to the allegations that the bottles

2   were featured. With respect to the remaining allegations of paragraph 18 of the Complaint,

3   lacks knowledge or information sufficient to form a belief about the truth of the

4   allegations, and therefore denies the same.

5   19. Walmart denies the allegations of paragraph 19 of the Complaint to the extent they claim

6   that Walmart has committed any unlawful act. With respect to the remaining allegations

7   of paragraph 19 of the Complaint, Walmart lacks knowledge or information sufficient to

8   form a belief about the truth of the allegations, and therefore denies the same.

9   20. Walmart lacks knowledge or information sufficient to form a belief about the truth of the

10   allegations in paragraph 20, and therefore denies the allegation.

11   21. Walmart lacks knowledge or information sufficient to form a belief about the truth of the

12   allegations in paragraph 21, and therefore denies the allegation.

13   22. Walmart lacks knowledge or information sufficient to form a belief about the truth of the

14   allegations in paragraph 22, and therefore denies the allegation.

15   23. Walmart lacks knowledge or information sufficient to form a belief about the truth of the

16   allegations in paragraph 23, and therefore denies the allegation.

17   24. Walmart lacks knowledge or information sufficient to form a belief about the truth of the

18   allegations in paragraph 24, and therefore denies the allegation.

19   25. Walmart denies the allegations of paragraph 25 of the Complaint to the extent they claim

20   that Walmart have committed any unlawful act. With respect to the remaining allegations

21   of paragraph 25 of the Complaint, Walmart lacks knowledge or information sufficient to

22   form a belief about the truth of the allegations, and therefore denies the same.

23   **FIRST CLAIM FOR RELIEF**

24   **(Trademark Infringement (15 U.S.C. §1114(1) As Against All Defendants)**

25   26. Walmart realleges and incorporates by reference its responses to paragraphs 1 through 25

26   of the Complaint.

27   27. Walmart lacks knowledge or information sufficient to form a belief about the truth of the

28   allegations in paragraph 27, and therefore denies the allegation.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO.  3:20-CV-05853-JSC                  - 4 -                  DEFNDANT WALMART, INC.'S ANSWER
TO PLAINTIFF JOHN P. ATANASIO'S
COMPLAINT

28. Walmart lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 28, and therefore denies the allegation.

29. Walmart lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 29, and therefore denies the allegation.

30. Walmart denies the allegations of paragraph 30.

31. Walmart denies the allegations of paragraph 31

32. Walmart denies the allegations of paragraph 32.

33. Walmart denies the allegations of paragraph 33.

34. Walmart denies the allegations of paragraph 34.

**SECOND CLAIM FOR RELIEF**

**(Common Law Trademark Infringement – As Against All Defendants)**

35. Walmart realleges and incorporates by reference its responses to paragraphs 1 through 34 of the Complaint.

36. Walmart lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 36, and therefore denies the allegation.

37. Walmart lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 37, and therefore denies the allegation.

38. Walmart denies the allegations of paragraph 38.

39. Walmart denies the allegations of paragraph 39.

40. Walmart denies the allegations of paragraph 40.

41. Walmart denies the allegations of paragraph 41.

42. Walmart denies the allegations of paragraph 42.

43. Walmart denies the allegations of paragraph 43.

**THIRD CLAIM FOR RELIEF**

**(False Endorsement under Lanham Act**

**(15 U.S.C. §1125(A)) – As Against All Defendants)**

44. Walmart realleges and incorporates by reference its responses to paragraphs 1 through 43 of the Complaint.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO.  3:20-CV-05853-JSC                - 5 -                DEFNDANT WALMART, INC.'S ANSWER
TO PLAINTIFF JOHN P. ATANASIO'S
COMPLAINT

1    45. Walmart lacks knowledge or information sufficient to form a belief about the truth of the

2        allegations in paragraph 45, and therefore denies the allegation.

3    46. Walmart denies the allegations of paragraph 46.

4    47. Walmart denies the allegations of paragraph 47.

5    48. Walmart denies the allegations of paragraph 48.

6    49. Walmart denies the allegations of paragraph 49.

7    50. Walmart denies the allegations of paragraph 50.

8    51. Walmart denies the allegations of paragraph 51.

9                        **FOURTH CLAIM FOR RELIEF**

10        **(California Unfair Business Practice – As Against All Defendants)**

11   52. Walmart realleges and incorporates by reference its responses to paragraphs 1 through 51

12        of the Complaint.

13   53. Walmart denies the allegations of paragraph 53.

14   54. Walmart denies the allegations of paragraph 54.

15   55. Walmart denies the allegations of paragraph 55.

16   56. Walmart denies the allegations of paragraph 56.

17   57. Walmart denies the allegations of paragraph 57.

18                        **PRAYER FOR RELIEF**

19        Paragraphs 1-9 of the Prayer for Relief section of the Complaint set forth the relief

20   requested by Plaintiff and no response is required.  To the extent a response is required, Walmart

21   denies each and every allegation contained in the remainder of the Complaint and denies that

22   Plaintiff is entitled to any of the relief requested in Paragraphs 1-9 of its prayer for relief of the

23   Complaint, or to any other relief in any other form whatsoever.

24

25                        **AFFIRMATIVE DEFENSES**

26        Pursuant to Federal Rules of Civil Procedure 8(c), without assuming any burden that it

27   would not otherwise, and reserving the right to assert additional defenses, at law or in equity,

28   which may now exist or in the future may become known or available as the result of discovery in

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO.  3:20-CV-05853-JSC                    - 6 -                    DEFNDANT WALMART, INC.'S ANSWER
                                                                       TO PLAINTIFF JOHN P. ATANASIO'S
                                                                       COMPLAINT

1    this case, Walmart asserts the following defenses:

2

## FIRST AFFIRMATIVE DEFENSE

4        The Complaint, in whole or in part, fails to state a claim upon which relief may be

5    granted.

## SECOND AFFIRMATIVE DEFENSE

7        The Complaint, in whole or in part, is barred due to the absence of any injury or damage.

## THIRD AFFIRMATIVE DEFENSE

9        The Complaint, in whole or in part, is barred by the equitable doctrines of estoppel,

10    laches, unclean hands statute of limitations, waiver and/or other applicable equitable defense.

## FOURTH AFFIRMATIVE DEFENSE

12        The Complaint fails, in whole or in part, because any alleged use does not signify source

13    and constitutes ornamental use.

## FIFTH AFFIRMATIVE DEFENSE

15        The Complaint fails, in whole or in part, because, upon information and belief, Plaintiff

16    lacks standing to bring any claim of trademark infringement.

## SIXTH AFFIRMATIVE DEFENSE

18        The Complaint fails, in whole or in part, because upon information and belief the alleged

19    trademark registration is fraudulent, improper, or invalid.

## FURTHER AFFIRMATIVE DEFENSES

21        Walmart hereby gives notice that it intends to rely upon such other and further affirmative

22    defenses as may become apparent during discovery in this action and hereby reserves its right to

23    amend its Answer to assert such defenses.

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO.  3:20-CV-05853-JSC      - 7 -      DEFNDANT WALMART, INC.'S ANSWER
TO PLAINTIFF JOHN P. ATANASIO'S
COMPLAINT

1    Dated:  October 15, 2020                    **ARENT FOX LLP**

2

3                                        By:/s/ *Allan E. Anderson*
                                             ALLAN E. ANDERSON
4                                            ELIZABETH H. COHEN
                                             JAKE GILBERT
5                                            Attorneys for Defendant
                                             WALMART, INC.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and exact copy of the foregoing was transmitted via the ECF filing system for the United States District Court, Northern District of California for service on all parties on this 15th day of October, 2020, upon:

Glen J. Biondi, Esq.
The Biondi Law Firm
31610 Railroad Canyon Road, Suite 2
Canyon Lake, CA  92587
Tel.: (951) 246-6145
Fax: (951) 344-8281
Email: glen@biondilawfirm.com

/s/ Allan E. Anderson
ALLAN E. ANDERSON (SBN 133672)

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO.  3:20-CV-05853-JSC

- 9 -

DEFNDANT WALMART, INC.'S ANSWER
TO PLAINTIFF JOHN P. ATANASIO'S
COMPLAINT